IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01102-AP

SUSAN BRODEUR,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        PATRICK C.H. SPENCER, II
        830 Tenderfoot Hill Road, Suite 320
        Colorado Springs, CO 80906
        (719) 632-4808

        For Defendant:
        THOMAS H. KRAUS
        Special Assistant United States Attorney

        *Mailing Address:*
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-0017

        *Street Address:*
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:  06/08/06**

    B.    **Date Complaint Was Served on U.S. Attorney's Office:  06/15/06**

    C.    **Date Answer and Administrative Record Were Filed:  08/15/06**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:  12/01/06**

    B.    **Defendant's Response Brief Due:  01/12/07**

    C.    **Plaintiff's Reply Brief (If Any) Due:  01/29/07**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement: Oral Argument not requested.**

      B.    **Defendant's Statement:  Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 23rd day of October , 2006.

                                  BY THE COURT:

                                  S/John L. Kane
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | UNITED STATES ATTORNEY |
| s/ Patrick C.H. Spencer, II | s/ Thomas H. Kraus |
| By: PATRICK C.H. SPENCER, II | By: THOMAS H. KRAUS |
| 830 Tenderfoot Hill Road, Suite 320 | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80906 |  |
| Telephone: (719) 632-4808 | *Mailing Address:* |
| patrick@2spencers.com | 1961 Stout St., Suite 1001A |
|  | Denver, Colorado  80294 |
| Attorney for Plaintiff | Telephone:  (303) 844-0017 |
|  | tom.kraus@ssa.gov |
|  |  |
|  | *Street Address:* |
|  | United States Attorney's Office |
|  | 1225 Seventeenth Street, Suite 700 |
|  | Denver, Colorado  80202 |
|  | Telephone:  (303) 454-0100 |
|  |  |
|  | Attorney for Defendant(s) |